IN THE UNITED STATES DISTRCT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO. 4:18-MJ-00781 |
| | § | |
| VINCENT IKECHI NWABEKE | § | |
| | § | |

## NOTICE OF APPEARANCE

Defendant, VINCENT IKECHI NWABEKE gives notice to the Court that Peyton Z. Peebles III will be appearing as co-counsel of record in the above styled and numbered case.

DATED: May 21, 2018

Respectfully submitted,

/s/ Peyton Z. Peebles III

**PEYTON Z. PEEBLES III**

**SHELLIST│PEEBLES│MCALISTER LLP**
405 Main Street, Suite 200
Houston, TX 77002
Tel:     713-715-4500
Fax:    713-715-4505
Email: peebles@texaslegalteam.net
SBOT: 24013307
SPN:   01759419

*Attorney for Defendant*
*VINCENT IKECHI NWABEKE*

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct of the above and foregoing was served upon all parties via the CM/ECF system.

<u>/s/ Peyton Z. Peebles III</u>

**PEYTON Z. PEEBLES III**